■ DOUGLAS J. SMITH et al., Appellants, v LIFT-A-LOFT EQUIPMENT, INC., et al., Respondents, et al., Defendant. [621 NYS2d 964] —Order unanimously reversed on the law without costs and motion granted. Memorandum: Supreme Court abused its discretion in denying plaintiffs' motion to increase the amount of damages sought in the ad damnum clause of the complaint. No prejudice to defendants was shown *(see, Loomis v Civetta Corinno Constr. Corp.,* 54 NY2d 18, *rearg denied* 55 NY2d 801; *Luchsinger v County of Onondaga,* 63 AD2d 819, 819-820). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Increase Ad Damnum Clause.) Present—Denman, P. J., Balio, Fallon, Callahan and Davis, JJ. (Filed Nov. 29, 1994.)